UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                                          CASE NO. 8:14-cv-1155-T-23TGW

NPB ADVERTISING, INC., et al.,

    Defendants.
_____/

## **ORDER**

    Magistrate Judge Wilson recommends (Doc. 178) granting the receiver's motion (Doc. 171) to distribute the money from the sale of the Twelfth Street warehouse and to end the receivership. As the report and recommendation explains, an October 27, 2017 order (Doc. 175) overrules the FTC's objection (Doc. 173) to Dylan Loher's receiving the excess money from the sale of the warehouse. More than fourteen days after the report and recommendation, no party objects to the report and recommendation. The report and recommendation (Doc. 178) is **ADOPTED**, and the motion (Doc. 171) is **GRANTED**. The receivership will end after the receiver affirms distributing the money from the warehouse's sale.

    ORDERED in Tampa, Florida, on December 4, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE